## ** CIVIL MOTION MINUTES **

Date: **10-28-2011**                              Judge: **Cacheris**
                                                  Reporter: **J. Goodwin**
Time: **10:24 - 10:29**

Civil Action Number: **1:11-cv-00992**

### STEPHANIE M. FRIED

vs.

### TOWN OF VIENNA

Appearances of Counsel for   ( **X** ) Pltf      ( **X** ) Deft
Counsel for Deft. not present.

Motion to/for:
Motion to Transfer Case [5] by Deft.


Argued &
(  ) Granted   (  ) Denied (  ) Granted in part/Denied in part
( **X**) Taken Under Advisement (    ) Continued to


(  ) Report and Recommendation to Follow
( **X** ) Order to Follow


Pltf:   Peter Cohen                        Deft.: Julia Judkins