IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| STEPHANIE M. FRIED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11cv992 (JCC/TRJ) |
| ) | |
| TOWN OF VIENNA, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)  Defendant, the Town of Vienna's, Motion to Transfer [5] is DENIED; and

(2)  the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

                                                           /s/
November 4, 2011              James C. Cacheris
Alexandria, Virginia    UNITED STATES DISTRICT COURT JUDGE